■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH KEETON, JR., Appellant. [612 NYS2d 997] —Judgment unanimously affirmed. Memorandum: Defendant's absence from the side-bar questioning of one prospective juror does not require reversal because, immediately after the side-bar conference, the prospective juror was excused by consent of both parties *(see, People v Castro-Garcia,* 203 AD2d 899 [decided herewith]; *People v Arnold,* 201 AD2d 965; *People v Johnson,* 201 AD2d 965). (Appeal from Judgment of Monroe County Court, Connell, J.—Manslaughter, 1st Degree.) Present— Green, J. P., Pine, Fallon, Callahan and Boehm, JJ.